UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MILDRED ABECK MUSONG,

    Petitioner,

v.

VERNON LIGGINS,
*Acting Director of the U.S. Immigration and Customs Enforcement Baltimore Field Office,*
MATTHEW ELLISON,
*Deputy Assistant Director for Field Operations, Eastern Division, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*Secretary of Homeland Security,* and
PAMELA BONDI,
*Attorney General of the United States, in their official capacities,*

    Respondents.

Civil Action No. 26-0586-TDC

## ORDER

The Court having reviewed the Status Report, ECF No. 13, it is hereby ORDERED that the Clerk shall close this case, subject to the Court's retention of jurisdiction to enforce compliance with prior Orders.

Date: February 27, 2026

THEODORE D. CHUANG
United States District Judge